## Richmond

ELIZABETH GARDNER HINES LANCASTER v. CHARLES OLIVER LANCASTER.

September 1, 1971.

Record No. 7571.

Present, All the Justices.

E. C. Ferguson, Jr., for appellant.

Thomas L. Woodward, Sr. (Thomas L. Woodward, Jr., on brief), for appellee.

Per Curiam.

Charles Oliver Lancaster brought this suit for a divorce from his wife, Elizabeth Gardner Hines Lancaster, on the ground of desertion. By cross-bill the wife sought separate maintenance from the husband, alleging that he deserted her. After the court had decided that neither party was entitled to a divorce, the husband filed an amended bill seeking a no-fault divorce on the ground of separation for two years. Code § 20-91(9).

By a final decree, the court granted a no-fault divorce, but awarded no alimony to the wife. The wife appeals, contending that the court should have awarded alimony.

The court not having adjudicated that the separation was caused by the wife's fault or misconduct, the husband was not relieved of his obligation to support her after the divorce. Guy v. Guy, 210 Va. 536, 172 S.E.2d 735 (1970). The court awarded the wife no alimony,

however, without any finding respecting the husband's ability to provide for her support or her need for support. We therefore reverse the decree appealed from and remand the case for a finding and adjudication respecting alimony.

*Reversed and remanded.*